906 A.2d 941

**Dan PATRAS**

v.

**Christopher Paul SYPHAX.**

**No. 4, Sept. Term, 2006.**

Court of Appeals of Maryland.

Sept. 11, 2006.

Victor E. Long (Regan, Zambri & Long PLLC, Washington, DC, on brief), for petitioner.

Timothy S. Smith, Greenbelt, for respondent.

Argued before BELL, C.J., RAKER, WILNER, CATHELL, HARRELL, BATTAGLIA and GREENE, JJ.

**PER CURIAM ORDER.**

The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 11th day of September, 2006,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.